| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
ComputerPlus Sales & Service, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
57-0928430

**4. Debtor's address**

Principal place of business

**5 Northway Court**
**Greer, SC 29651**
Number, Street, City, State & ZIP Code

**Greenville**
County

Mailing address, if different from principal place of business

**1361 West Wade Hampton Blvd**
**Suite F, #138**
**Greer, SC 29650**
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.computer-plus.com

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor  **ComputerPlus Sales & Service, Inc.**                                    Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4234**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **ComputerPlus Sales & Service, Inc.** _____  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **ComputerPlus Sales & Service, Inc.** _____ Case number (*if known*)_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | ComputerPlus Sales & Service, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  8, 2024**
MM / DD / YYYY

**X  /s/ David Yarborough**                         **David Yarborough**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X  /s/ Robert Pohl**                              Date  **March  8, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Robert Pohl**
Printed name

**Pohl, P.A.**
Firm name

**P.O. Box 27290**
**Greenville, SC 29616**
Number, Street, City, State & ZIP Code

Contact phone  **864-233-6294**        Email address  **Robert@POHLPA.com**

**80001 SC**
Bar number and State

Fill in this information to identify the case:

Debtor name: **ComputerPlus Sales & Service, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADP Inc.<br>PO Box 842875<br>Boston, MA 02284-2875 | | | | | | $25,455.00 |
| Ally Financial Inc. (Auto)<br>500 Woodward Ave.<br>Detroit, MI 48226 | | | | | | $32,775.00 |
| Branch Banking & Trust Company<br>c/o Jerry T. Myers<br>P.O. Box 17610<br>Raleigh, NC 27619-6010 | | | | $60,442.19 | $0.00 | $60,442.19 |
| CESC - COVID EIDL Service Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | SBA EIDL Loan | | | | $496,400.00 |
| CJ Holdings | | | | | | $100,000.00 |
| Consultex Inc. / ThePrinterPlace<br>2221 South Dupont Drive<br>Anaheim, CA 92806 | | Computer and electronic equipment | | | | $8,084.35 |
| Consultex, Inc. dba The Printer Place<br>2221 South Dupont Drive<br>Anaheim, CA 92806 | | | | $13,061.09 | $0.00 | $13,061.09 |
| Fortitude NICSA Global, Ltd.<br>16 Royal Scot Road<br>Derby<br>DE24 8AJ   GBR | | Electronic Equipment | | | | $14,016.18 |

Debtor **ComputerPlus Sales & Service, Inc.**　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Funding Metrics, LLC**<br>**dba Lendini**<br>**c/o Eric Solomon**<br>**1330 Avenue of the Americas, Ste 23A**<br>**New York, NY 10019** | | | | $88,253.59 | $0.00 | $88,253.59 |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Income Taxes 2022 - $41,472.61** | | | | $41,472.61 |
| **Laser Pros International Corp**<br>**c/o Baxter Lindsay Crawford, IV**<br>**PO Box 4216**<br>**Columbia, SC 29240** | | | | $37,128.62 | $0.00 | $37,128.62 |
| **Legacy Altus**<br>**17225 Westfield Park Road**<br>**Westfield, IN 46074** | | | | | | $6,380.43 |
| **Montgomery & Company, CPAs, PA**<br>**101 Roper Creek Drive**<br>**Greenville, SC 29615** | | **Accounting and Tax Services** | | | | $61,718.00 |
| **SC DEW**<br>**Document Control-Bankruptcy**<br>**P.O. Box 995**<br>**Columbia, SC 29202-0995** | | | | $665.62 | $0.00 | $665.62 |
| **SunTrust Bank**<br>**c/o Robert C. Byrd**<br>**200 Meeting Street Suite 301**<br>**Charleston, SC 29401-3156** | | | | $147,368.08 | $0.00 | $147,368.08 |
| **TBF Financial, LLC**<br>**c/o Craig H. Allen, P.A.**<br>**P.O. Box 10854**<br>**Greenville, SC 29603** | | **Judgment for Breach of Lease Case No. 2012CP2304024** | | | | $27,147.89 |

Debtor  **ComputerPlus Sales & Service, Inc.**　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Technology Recovery Group, Ltd.** **c/o Euler Hermes Collections N. America** **800 Red Brook Blvd. Suite 400 C** **Owings Mills, MD 21117** | | **Electronic Equipment** | | | | $5,200.96 |
| **Truist** **PO Box 580229** **Charlotte, NC 28258** | | **Business Line of Credit** | | | | $87,187.00 |
| **U.S. Small Business Administration Disaster Assistance Processing and Disbursement Center** **14925 Kingsport Road** **Fort Worth, TX 76155** | | **PPP Loan** | | | | $379,260.00 |
| **Viking Computer Parts, Inc.** **11551 Rupp Drive** **Burnsville, MN 55337** | | **Computer Parts** | | | | $6,922.23 |

# United States Bankruptcy Court
## District of South Carolina

In re  **ComputerPlus Sales & Service, Inc.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David O. Yarborough**<br>**137 Rolling Green Circle**<br>**Greenville, SC 29615** | **Common Shares** | **100%** | **Voting & Distributional** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March  8, 2024**    Signature  **/s/ David Yarborough**
**David Yarborough**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **ComputerPlus Sales & Service, Inc.**                              Case No.
                                                  Debtor(s)                 Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a)    _____ computer diskette

    (b)    _____ scannable hard copy
(number of sheets submitted _____)

    (c)    **X**  electronic version filed via CM/ECF

Date:  **March 8, 2024**                              **/s/ David Yarborough**
                                                    **David Yarborough**
                                                    Signature of Debtor

                                                    **/s/ Robert Pohl**
                                                    Signature of Attorney
                                                    **Robert Pohl**
                                                    **Pohl, P.A.**
                                                    **P.O. Box 27290**
                                                    **Greenville, SC 29616**
                                                    **864-233-6294**
                                                    Typed/Printed Name/Address/Telephone

                                                    **80001 SC**
                                                    District Court I.D. Number

```
ADAM S. TESH
203 ASHFORD AVENUE
GREENVILLE SC 29609


ADP INC.
PO BOX 842875
BOSTON MA 02284-2875


AIMIE HALL
255 W. PLEASANT HILL DRIVE
DUNCAN SC 29334


ALLY FINANCIAL INC. (AUTO)
500 WOODWARD AVE.
DETROIT MI 48226


BRANCH BANKING & TRUST COMPANY
C/O JERRY T. MYERS
P.O. BOX 17610
RALEIGH NC 27619-6010


CESC - COVID EIDL SERVICE CENTER
14925 KINGSPORT ROAD
FORT WORTH TX 76155


CHARLES JOSEPH WEBB
1900 BARNWELL ST.
P.O. DRAWER 7788
COLUMBIA SC 29201


CITY OF GREER
100 SOUTH MAIN STREET
SC 29660


CJ HOLDINGS



CONSULTEX INC. / THEPRINTERPLACE
2221 SOUTH DUPONT DRIVE
ANAHEIM CA 92806


CONSULTEX, INC.
DBA THE PRINTER PLACE
2221 SOUTH DUPONT DRIVE
ANAHEIM CA 92806
```

```
CRAIG H. ALLEN
605 PETTIGRU STREET
GREENVILLE SC 29601


DAVID YARBOROUGH
137 ROLLING GREEN CIRCLE
GREENVILLE SC 29615


FORTITUDE NICSA GLOBAL, LTD.
16 ROYAL SCOT ROAD
DERBY
DE24 8AJ    GBR


FUNDING METRICS, LLC
DBA LENDINI
C/O ERIC SOLOMON
1330 AVENUE OF THE AMERICAS, STE 23A
NEW YORK NY 10019


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


LASER PROS INTERNATIONAL CORP
C/O BAXTER LINDSAY CRAWFORD, IV
PO BOX 4216
COLUMBIA SC 29240


LEGACY ALTUS
17225 WESTFIELD PARK ROAD
WESTFIELD IN 46074


MOMENTUM TELECOM
CORPORATE HEADQUARTERS
1 CONCOURSE PARKWAY NE
SUITE 600
ATLANTA GA 30328
```

```
MONTGOMERY & COMPANY, CPAS, PA
101 ROPER CREEK DRIVE
GREENVILLE SC 29615


ROBERT WILDER HARTE
1900 BARNWELL ST.
P.O. DRAWER 7788
COLUMBIA SC 29201


S.C. DEPARTMENT OF REVENUE AND TAXATION
OFFICE OF GENERAL COUNSEL
300A OUTLET POINTE BOULEVARD
COLUMBIA SC 29210


SBA
PO BOX 3918
PORTLAND OR 97208-3918


SC DEPARTMENT OF LABOR LICENSING AND
REGULATION
110 CENTERVIEW DRIVE
COLUMBIA SC 29210


SC DEW
DOCUMENT CONTROL-BANKRUPTCY
P.O. BOX 995
COLUMBIA SC 29202-0995


SUNTRUST BANK
C/O ROBERT C. BYRD
200 MEETING STREET
SUITE 301
CHARLESTON SC 29401-3156


TBF FINANCIAL, LLC
C/O CRAIG H. ALLEN, P.A.
P.O. BOX 10854
GREENVILLE SC 29603


TECHNOLOGY RECOVERY GROUP
31390 VIKING PARKWAY
WESTLAKE OH 44145


TECHNOLOGY RECOVERY GROUP LTD.
PO BOX 933260
CLEVELAND OH 44193
```

```
TECHNOLOGY RECOVERY GROUP, LTD.
C/O EULER HERMES COLLECTIONS N. AMERICA
800 RED BROOK BLVD.
SUITE 400 C
OWINGS MILLS MD 21117


TRUIST
PO BOX 580229
CHARLOTTE NC 28258


U.S. SMALL BUSINESS ADMINISTRATION
DISASTER ASSISTANCE
PROCESSING AND DISBURSEMENT CENTER
14925 KINGSPORT ROAD
FORT WORTH TX 76155


VIKING COMPUTER PARTS, INC.
11551 RUPP DRIVE
BURNSVILLE MN 55337
```

# United States Bankruptcy Court
## District of South Carolina

In re  **ComputerPlus Sales & Service, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ComputerPlus Sales & Service, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 8, 2024**  
Date

**/s/ Robert Pohl**  
**Robert Pohl**  
Signature of Attorney or Litigant  
Counsel for **ComputerPlus Sales & Service, Inc.**  
**Pohl, P.A.**  
**P.O. Box 27290**  
**Greenville, SC 29616**  
**864-233-6294 Fax:864-558-5291**  
**Robert@POHLPA.com**